

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:       01-15-00560-CR

Style:       Michael Anthony Davis

      **v.** The State of Texas

Date motion filed*:       December 28, 2015

Type of motion:       Appellant's Final Motion for Extension

Party filing motion:       Appellant

Document to be filed:       Appellant's brief

Is appeal accelerated?       No

If motion to extend time:

    Original due date:       September 16, 2015

    Number of previous extensions granted:     2     Current Due date: November 17, 2015

    Date Requested:       January 11, 2016

Ordered that motion is:

    ☑     Granted

        If document is to be filed, document due: **January 11, 2016**

        ☑     **The Court will not grant additional motions to extend time.**

    ☐     Denied

    ☐     Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐     Other: _____

Judge's signature:   /s/ Russell Lloyd
          ☑ Acting individually     ☐ Acting for the Court

Date:  January 5, 2016